NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>SAMSUNG GALAXY,<br>IMEI: 356213102667481<br><br><br>CURRENTLY IN THE CUSTODY OF THE LAS VEGAS COMMUNITY CORRECTIONAL CENTER, 2901 SAMMY DAVIS JR. DRIVE, LAS VEGAS, NEVADA 89109 | Case No. 2:20-mj-00272-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL CASE** |

The government, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:18-cr-00045-JCM-DJA.

DATED this 6th day of January, 2021.

    Respectfully,

    NICHOLAS A. TRUTANICH
    United States Attorney

    */s/ Bianca R. Pucci*
    BIANCA R. PUCCI
    Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> SAMSUNG GALAXY, IMEI: 356213102667481 <br><br> CURRENTLY IN THE CUSTODY OF THE LAS VEGAS COMMUNITY CORRECTIONAL CENTER, 2901 SAMMY DAVIS JR. DRIVE, LAS VEGAS, NEVADA 89109 | Case No. 2:20-mj-00272-VCF <br><br> **ORDER TO UNSEAL CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 7th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE